United States District District
Columbia District of South Carolina

Andre June A078-367-619
CRCC # 286409
7901 Farrow Rd
Columbia, SC 29203
- Petitioner

V

Petitioners Writ of R
28 USC. 2241 and 2242
Release out CRCC

Civil Action

Correct Care Recovery Solutions
Columbia Regional Care Center
7901 Farrow Rd
Columbia, SC 29207

Columbia Regional Care Center
7901 Farrow Rd
Columbia, SC 29203

Respondent

RECEIVED USDC-CLERK, FLORENCE SC 2016 NOV -7 AM 10:09

Petitioner has filed this Petition
Pursuant to Motion Rule 35 under 28 U.S.C 2241
2241 Section 2242, 2254, 2255 and Rule Fed. R. C.
2" Governing Rule

This Petition of the Petitioner is Curre-
Cure - Current Detained at Facility Hospital Columbia
Regional Care Center who have been held the Patient
more than 2 times back forth without a booking
No or Inmate No -

The Petition is Writ of Habeas
Corpus challenging the unlawful and wrongful
Housing and Immigration Custom Enforcement
Respondents wrongfully have been
held the Petitioner over and over without
was unlawful Detained overheld the Petitioner
and Sending Agency to other Custody held
twice under the Same In Number more (60) days
Respondents continuing have prolonging
-thing the Staying in Procedure of the Hospital
-olation Policy with long term holding in
- Mental Health treatment out of time

## Jurisdiction and Venue

The United States District Court shall have federal Jurisdiction under 28 U.S.C. 2241 Sections 2254, 2255 and 1331 of the 18 U.S.C 2340 Unlawful Act Eight (8) Amendment and fifth Amendment Alien Rights Section **2241**

Jurisdiction arise under wrongful and unlawful Housing Mental Health unit patient Columbia Regional Care Center and Correct Care Recovery Solutions without consent did not one over held the petitioner More than two weeks what regular policy

Jurisdiction derive under the United States District Court District of South Carolina against and over all the Respondents Unlawful Act Housing

The Venue lies under United States District Court District of South Carolina Phisically held under Mental Health Issue Emmigration Custom Enforcement Presently resides in Virginia Phusically, Change in venue under 28 U.S.C 1391 (a) (1)(2) and 28 U.S.C **1406 (b) (1)**

# Legal ground

On July 14, 2016 the Petitioner left to Respondents Columbia Regional Care Center to Krome Service Processing Center Miami Southern District of Fla 33194.

Then U.S. Immigration & Customs Enforcement and U.S. Department of Homeland Security (ICE) and Krome Service Processing Center Miami, Fl U.S. Immigration & Customs Enforcement Department of Homeland Security Krome Service Processing Center Miami Southern District of Florida

And on about September 15, 2016 the Petition was returned to the Krome Service Processing Center Miami, Florida. Was sent me to another facility E. Boded up to South Carolina, Columbia Regional Care Center

The Respondents has violated the Petitioner Fourteen (14) Amendment (Equal Protection) and Equal Right Amendment both, where the Respondents have unlawfully Act, by Housing the Petitioner wrongfully, the Respondent's Constitutional Rights and federal law, ordinance, statute...

## Background

The Petitioner is being held at the Columbia Regional Care Center without Booking No. or an Inmate No. The Petitioner is having been not signing Consent form or ID – to be Housing at the CRCC and CCRS

Respondents have been over held the Petitioner unlawful information, under the same Code #J860409 three (3) times. Under the Sup Cformation with out changing the first (CRCC J860409) Which literary means that Petitioner has been spent time wrongful

So .1e Respondents is violated the Petitioner Rights. Rights, where over, Respondents over keeping the Petitioner from Returning to the facility at Detention by bringing the Petitioner over and over to the same Regional Cara Center of Columbia (CRCC

The Petitioner Rights is violated by both Respondents for bring the Petitioner over and over to the me Columbia Regional Care Center, which the correct e Recovery Solutions have been keeping the Petitioner nen it should not have been for three times.

The Respondents have continuing held the petitioner with no criminal Reports for being IS facilitated Hospital In-In the S. Columbia South Carolina, CRCC.

The Respondents Violated the petitioner all First-ten Amendment under the Fourteen Amendment Retentions and Concealed the Petitioner from being to an Detention center Instead.

That I do not want to be in the facility Hospital detaining who over and over the petitioner for third II Times, where the petitioner Shall Not been Returned to the same Columbia Regional Care Center Instead Immigration & DHS facility ~~South~~ North South Carolina I am Request the Petitioner Shall Release Returning DHS Detention Facility IN North Carolina ~~detention~~ Detention

Conclusion
Based upon above the Petition Request that the Order the Petitioner to Return DHS Detention insstead CRCC

_Anches Estate_