AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

USDC CLERK, FLORENCE, SC
RECEIVED
2016 DEC 12 AM 10: 17

# UNITED STATES DISTRICT COURT
### District for the South Carolina

Andre Juste
_____
Petitioner

v.

Correct Core Recovery Solutions
Columbia Regional Care Center
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 4:16-3575-MGL-TER
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Andre Juste
   (b) Other names you have used: Andre Juste

2. Place of confinement:
   (a) Name of institution: Buffalo Federal Detention Facility
   (b) Address: 4250 Federal Dr
      Batavia New York 14020
   (c) Your identification number: 078-367-619

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): Unlawful Mental Health treatment Wrongful Housing at CRCC, Wrongful Medical Medication INVoluntary treatment Mental Health care

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Correct Care Recovery Solutions Columbia Regional Care Center 7901 Farrow Rd, SC 29203

   (b) Docket number, case number, or opinion number: 2860409.

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Wrongful Medication, forcible medication, Abuse oral, Exploitation, physical Abuse, anguishing Mental Health abuse

   (d) Date of the decision or action: May 8, 2016, August 15, 2016, October 20, 2016

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: US District Ct

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: 16-7401 - 4;16-W-02366 MGL
   (4) Result: Pending Dismissing Pending
   (5) Date of result: _____
   (6) Issues raised: Wrongful - adulteration with the Plaintiff food tampering of the plaintiff, Religious- Meal Chourist assault

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U S C § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U S C § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes   ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: Sept 23, 2015
(b) Date of the removal or reinstatement order: January 26, 2016
(c) Did you file an appeal with the Board of Immigration Appeals?

☑ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: March 28, 2016
(2) Case number: 078-367-619
(3) Result: Sent back to Immigration Court Batavia, NY 14020
(4) Date of result: Pending
(5) Issues raised: Wrongful detention, Unlawful Prolonging detention More than Six Months, Wrongful Unlawful Removal

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

    (a) Kind of petition, motion, or application:

    (b) Name of the authority, agency, or court:

    (c) Date of filing:

    (d) Docket number, case number, or opinion number:

    (e) Result:

    (f) Date of result:

    (g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

ON May 8, 2016 approximated the Appellant was being held and at CRCC with out Consent and also Involuntatory in to Mental

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts (Be brief. Do not cite cases or law.):

Health Care treatMent where the Appellant did Not Consent to be treated under No Kind of circum- stances out being Voluntory and was wrongly Kept and where Appellant Name was also forged on Infringing on all document

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

GROUND TWO: ON May 14, 2016 Appellant was been forcibly to be taking Medicated with No proper proceeding W. Violating the Appellant fourteenth Amendment (Subtantive Due process) clause

(a) Supporting facts (Be brief. Do not cite cases or law.):

Above the date Appellant was having been un- lawfully Medicated with No Voluntahi proceeding with No accident report from the Sc PO was reporting any other reporting was Not taking In where this Respondent violated the Appellant Constitutional Rights Subtantive forcibily process

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

GROUND THREE: ON September August 15, 2016 Respondents over Kept wrongfully the Appellant over time, with out Improper proceedings during the length of Short term where the Respondents was forcibly having been held Appellant

(a) Supporting facts (Be brief. Do not cite cases or law.):

From 9/15/2016 the Respondents Continuing held the Appellant with a long term In Short term under wrongfully detaining Mental Health care was falsities treatMent with out in a Second time under the abduction and Retention the Appellant and concealing under wrongful treat Mental health care treatMent that the Appellant was Refusing

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** October 20, 2016 is third time the Respondents was having been over held violating the Correct Core Recovery Solutions - IRCC Patient Hand book and Patient Rights & Responsibility being Wrongful Medicated Appellant

(a) Supporting facts (Be brief. Do not cite cases or law.):
Respondent was having been constantly willfully Medicated the Appellant under the un wanted Medication for a bibly rescued held as patient Mental health Patient with out being properly. Respondent violated several Patient Rights & Responsibily, Procedure of the Appellant Refuse Mental Health Care treatment

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: I Sought Enjoining Permanent Injunction against Correct Care Recovery Solutions and Columbia Regional Care center, and Compensation damage, punitive damage in amount of Sum $2,000,000.00

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

December 5, 2016

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: December 5, 2016

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any