IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ANDRE JUSTE, | § | |
|     Plaintiff/Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:16-3575-MGL |
| | § | |
| CORRECT CARE RECOVERY SOLUTIONS, | § | |
| COLUMBIA REGIONAL CARE CENTER, | § | |
|     Defendants/Respondents. | § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION, AND DISMISSING THE COMPLAINT/PETITION WITHOUT PREJUDICE AND WITHOUT REQUIRING AN ANSWER OR RETURN

Plaintiff/Petitioner is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting the Complaint/Petition be dismissed without prejudice and without requiring an answer or return. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 23, 2017, and the Clerk entered Plaintiff's/Petitioner's objections on February 21, 2017. The Court has reviewed the objections, but holds them to be without merit. Hence, it will enter judgment accordingly.

The only two mentions of the Report are in the caption of Plaintiff's/Petitioner's submission and his statement "I, the Plaintiff Andre Juste[,] now hereby come[ ] . . . and object [to] the Report and Recommendation[.]" Objections 1. Given the failure to lodge a specific objection to the Report, the Court will overrule this objection.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules the objection, adopts the Report, and incorporates it herein. Therefore, it is the judgment of this Court the Complaint/Petition is **DISMISSED WITHOUT PREJUDICE** and without requiring an answer or return.

**IT IS SO ORDERED**.

Signed this 28th day of February, 2017, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.